UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80875-CIV-ZLOCH

COMPREHENSIVE HEALTH CARE
SYSTEMS, INC.,

      Plaintiff,             **FINAL ORDER OF DISMISSAL**

vs.

SINGLECARE SERVICES, LLC, et al.,

      Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff's Notice Of Voluntary Dismissal (DE 4). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Notice Of Voluntary Dismissal (DE 4) be and the same is hereby approved, adopted, and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this      28th      day of June, 2016.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record